RECEIVED
JUN 22 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CURTIS HALL<br>DOC #416496 | : | CIVIL ACTION NO. 2:15-cv-1758<br>SECTION P |
| VERSUS | : | JUDGE TRIMBLE |
| JAMES M. LEBLANC, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, noting the lack of objections filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Hall's complaint be and hereby is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Lake Charles, Louisiana, this 22nd day of June, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE